## United States District Court
### Violation Notice

**CVB Location Code:** NJ-46

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6678576 | MITCHELL, C.L | 334 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 08/10/2017
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code — 41 CFR 102-74.390
**Place of Offense:** 402 E. STATE ST. TRENTON NJ CLARKSON S. Fisher Fed. C.H.

**Offense Description: Factual Basis for Charge** — HAZMAT ☐

— DISTURBANCES —
DISORDERLY CONDUCT

### DEFENDANT INFORMATION
**Phone:** (    )

| Last Name | First Name | M.I. |
|---|---|---|
| RADIN | LIDYA | M. |

[redacted]

### VEHICLE     VIN:                              CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 402 E. STATE STREET TRENTON, NJ 08608
**Date (mm/dd/yyyy):** TBD
**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature (Refused)

(Rev. 09/2015)                    Original - CVB Copy

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **August 10**, 20**17** while exercising my duties as a law enforcement officer in the _____ District of **New Jersey**

FPS Inspector Colin L. Mitchell #334, was dispatched to The Trenton Federal Courthouse (Clarkson S. Fisher) FOB, 402 E. STATE ST. Trenton, NJ. For a report of a "Disorderly subject" on the premises. Subject: Lidya M. Radin had been detained by USMS Keith Holland. In an Interview with USMS Holland he stated Lidya M. Radin became "disruptive and belligerent" when he advised her of the Building Rules and Regulations while on Federal property. He then asked her to leave the Facility; she refused at which time he tried to escort her out by grasping her elbow; she didn't comply with his instructions, and was detained, escorted in handcuffs to the USMS Holding Area. I interviewed Lidya M. Radin who stated she believed she was detained due to Court document relative to an ongoing court matter; she was released at 1330 hrs.

The foregoing statement is based upon:

☐ my personal observation ☐ my personal investigation
☑ information supplied to me from my fellow officer's observation
☑ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **08/10/2017**    **Colin L. Mitchell**
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident