USA
v
RADIN

Docket No: 17-mj-4519;
17-cr-494

## FIRST NOTICE OF LIABILITY

For the public record, this is my FIRST NOTICE of Liability with opportunity to cure to Deputy Clerk in Charge Melissa Rhodes. I declare under penalty of perjury that I provided ample information to Deputy Clerk in Charge Melissa Rhodes to know that by failing and refusing to do her job, Melissa Rhodes conspired and colluded with dishonest federal prosecutor R. Joseph Gribko and dishonest Magistrate Lois H. Goodman using the Court to conduct unlawful proceedings.

Lidya Radin
7-December-2017

RECEIVED
DEC 07 2017
AT 8:30 _____M
WILLIAM T. WALSH CLERK

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2017 NOV 37 AM 8 08

From:
L. M. Radin
203 W. 107th Street, #8A
NY, NY 10025

To:
Melissa Rhodes
Deputy Clerk in Charge
Federal District Court
Trenton, New Jersey
402 East State Street
Clerk's Office, Room 2c
Trenton N.J. 08608

RECEIVED
DEC 0 7 2017
AT 8:30 M
WILLIAM T. WALSH
CLERK