UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

USA

v.

Radin

Docket no: 17-mj-4519

PLEASE provide ME with A copy of the audio Recording from 12/7/2017.

Thank you.

Lidya Radin

*Lidya Radin*

3/26/2018

RECEIVED
MAR 26 2018
AT 8:30
WILLIAM T. WALSH —M
CLERK