## UNITED STATES DISTRICT COURT

### DISTRICT OF NEW JERSEY

(609) 989-2040

CHAMBERS OF
**TONIANNE J. BONGIOVANNI**
UNITED STATES MAGISTRATE JUDGE

**U.S. COURTHOUSE**
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

April 12, 2018

### LETTER ORDER

Re:     **United States of America v. Radin**
        **Case No. 17-4519 (TJB)**

Dear Ms. Radin and Counsel:

The Court received Ms. Radin's letter (Docket Entry No. 40) and Certification (Docket Entry

No. 41) dated April 10, 2018, requesting that the Court vacate Its Order requiring her to respond to the

Government's motion to quash by April 10, 2018 and to adjourn the Bench Trial scheduled for April 16,

2018.   In same, Ms. Radin also made numerous other motions in addition to the aforementioned two,

including a motion to disqualify the undersigned, a motion to vacate all Orders entered by the Hon. Lois

H. Goodman, U.S.M.J., a motion to have all *ex parte* communications between the Government and the

Hon. Lois H. Goodman, U.S.M.J., placed on the record, and a motion for discovery.   All of Ms. Radin's

motions are denied.   For the reasons set forth in the Court's Letter Order of April 11, 2018 (Docket

Entry No. 39), the Government's motion to quash has been granted, and Ms. Radin's requests for

discovery and to disqualify the undersigned have been denied.

1

The Court also received several emailed communications from Ms. Radin on April 11 and 12, 2018, questioning the Court's decisions.[1]   These emails are attached hereto as Exhibits A-E, sans the 78-page document attached to the email sent on April 11, 2018 at 4:14 p.m., entitled "Treatise on Arrests and False Imprisonment" written by Charles Weisman, so that Ms. Radin's objections are noted for the record.   While Ms. Radin disagrees with the Court's rulings, the rulings stand.   Ms. Radin has developed an adequate record of her position and objections.   Nevertheless, as stated, her motions, including her request to adjourn the Bench Trial are denied.   **The Bench Trial is scheduled to begin and shall commence on April 16, 2018 at 9:00 a.m.**   Ms. Radin, the Government and stand-by counsel must appear at that time ready to try this case.   As Ms. Radin was cautioned in the Court's Letter Order of April 11, 2018, if she fails to appear, a warrant shall be issued for her arrest.   In addition, if she fails to appear, the Court may revoke her right to self-representation and require stand-by counsel to assume exclusive control of the defense.   *See U.S. v. Dougherty*, 473 F.2d 1113, 1125 (D.D.C. 1972).   To the extent Ms. Radin files or otherwise submits similar correspondence regarding the trial date of April 16, 2018, requests for discovery, requests that the undersigned disqualify herself, etc., said communications shall not be addressed by the Court.

        **IT IS SO ORDERED.**

        **IT IS FURTHER ORDERED THAT CONSISTENT WITH THE COURT'S ORDER OF NOVEMBER 17, 2017 [DOCKET ENTRY NO. 11], THIS LETTER ORDER SHALL BE SENT TO MS. RADIN BY BOTH EMAIL AND REGULAR MAIL.**

---

[1] Notably, one grievance included in each of Ms. Radin's submissions is that she is not receiving proper service of the Court's Orders because she never consented to receive documents electronically.   It is clear, however, from her numerous communications outlining her objections to the Court's decisions that Ms. Radin has, in fact, received actual notice of the Court's decisions, which is the Court's paramount concern.

**IT IS FURTHER ORDERED THAT STAND-BY COUNSEL, WHO IS AN ELECTRONIC FILER, PROVIDE A COPY OF THIS ORDER TO MS. RADIN.**

<u>    s/ Tonianne J. Bongiovanni        </u>
**TONIANNE J. BONGIOVANNI**
**United States Magistrate Judge**

# EXHIBIT A



Please provide to Me, immediately, the secret "summary procedures" that AUSA Gribko says he is using / forward this email to the FBI & Jeff SessionsLidya Radin to: karen.argent, Grace, Marsha L LTC USARMY USARC HQ (US), Griffin MSgt Brian, smmcstaff, paul.safier, njdnef_linares, whistleblower, whistleblower, Teresa_Weiler, tjb_orders
04/11/2018 04:14 PM
Cc: JGribko, "Gribko, Joseph (USANJ)", rdavis, "Mark G. Davis Esq.", mgdavis79, Paula Gloria, dean loren, "Lalit K. Jain", Francis Steffan, JW Grenadier, Jw Grenadier, george naytowhowcon, Stephen Romine, Laura Anson
From: Lidya Radin <radin.lidya2@gmail.com>
To: karen.argent@ic.fbi.gov, "Grace, Marsha L LTC USARMY USARC HQ (US)" <marsha.l.grace.mil@mail.mil>, Griffin MSgt Brian <brian.griffin@usmc.mil>, smmcstaff@usmc.mil, paul.safier@usdoj.gov, njdnef_linares@njd.uscourts.gov, whistleblower@judiciary-rep.senate.gov, whistleblower@ronjohnson.senate.gov, Teresa_Weiler@njd.uscourts.gov, tjb_orders@njd.uscourts.gov
Cc: JGribko@usa.doj.gov, "Gribko, Joseph (USANJ)" <joseph.gribko@usdoj.gov>, rdavis@davisfirmllc.com, "Mark G. Davis Esq." <mdavis@davisfirmllc.com>, mgdavis79@hotmail.com, Paula Gloria <rabbitholecentral@earthlink.net>, dean loren <deanloren@gmail.com>, "Lalit K. Jain" <lkjesq@gmail.com>, Francis Steffan <americanvoiceradio@yahoo.com>, JW Grenadier <jwgbkrup@gmail.com>, Jw Grenadier <psavictim@gmail.com>, george naytowhowcon <freelectron21@hotmail.com>, Stephen Romine <pilgrimpeace@gmail.com>, Laura Anson <laura.v.anson@gmail.com>

1 Attachment



A Treatise On Arrests And False Imprisonment.pdf

Dear Chief U.S. District Judge Linares & Magistrate Bongiovanni:

--I write in response to AUSA Gribko's latest tirade, sent to Me via email.  Please note, I have not been properly served, as yet.

--Just because federal district Judge Peter Sheridan asked Me to leave his courtroom, once or twice, does not mean that I did anything wrong.  Judges are human beings, too.  We do not know everything that was going on in Judge Sheridan's life, what stresses he was under;  he could have made mistakes or had a bad day.  Judges do.

--Notably, Judge Sheridan controls his courtroom.  Judge Sheridan never admonished Me, or gave Me any kind of Notice, or advised Me of his courtroom rules, and I appeared in Judge Sheridan's courtroom subsequently on other occasions without Judge Sheridan asking Me to leave or addressing Me in any way.

--AUSA Gribko has made no representation other than that on August 10, 2017,  "Keith Holland" provoked an incident, and used violence against Me.

-- "Keith Holland " breached the peace, on August 10, 2017, as admitted and confessed.

--As admitted and confessed,  "Keith Holland" breached the peace, used violence against Me, a physically-disabled woman, coming to the courthouse on August 10, 2017, with irrefutable documentary evidence to provide to the Burg criminal defense team that shows that the prosecutor, **AUSA Gribko**, did not provide Brady material ( Brady v. Maryland, 373 U.S. 83 ) to Defendant Burg, an honorably

discharged Marine.

--For the sake of argument, even giving "Keith Holland" the benefit of every doubt, being "loud" and "belligerent" when accosted without cause by a so-called peace officer, "Keith Holland" does not rise to the level that would give so-called peace officer "Keith Holland" the authority to arrest and imprison Me without a warrant.

*-- Take Judicial Notice, Federal Rules of Evidence, Rule 201, mandatory when requested by Me, a party, that "Impudent, abusive or offensive language, addressed to a peace officer does not tend to breach the peace, even though it may provoke the officer to anger" Pavish v. Meyers,* 129 Wash. 605, 225 Pac. 633,634 (1924); *Salem v. Coffey,* 113 Mo. App. 675, 88 S.W. 772 (1905); *People v. Lukowsky,* 94 Misc. 500, 159 N.Y.S. 599 (1916); *Myers v. Collel,* 1 Utah 2d 406, 268 P.2d 432, 434 (1954); **see A Treatise on Arrest and False Imprisonment by Charles A. Weisman, attached to this email for ease of reference, page 29 of the Treatise, and page 31 of the pdf file.**

*--AUSA Gribko represented to this Court that he / the Government would provide Me with stipulations to the false arrest and false imprisonment inflicted upon Me on August 10, 2017, where are these ?*

--In his latest temper tamtrum, AUSA Gribko whined and complained, about all kinds of hearings, show cause hearings, demanding that I be put in jail, and all kinds of horrible things that AUSA Gribko wants to inflict upon Me, but, what AUSA Gribko refused to do is put down on paper, on-the-record, the ex-parte communications that he had with Magistrate Goodman and Ms. Ivannya Fitzgerald and anyone else that resulted in Magistrate Goodman's unlawful orders, notably Magistrate Goodman's November 17, 2017 Order.

--AUSA Gribko claims that the Standing Orders of this Court do not apply, the Federal Rules of Criminal Procedure do not apply, although he contradicts himself by seeking to invoke those rules for himself, so, what "summary procedures" are we following ?   When can AUSA Gribko or this Court provide these secret "summary procedures" to Me ?

--It is self-evident, I cannot go forward unless and until the Government provides to Me the secret "summary procedures" that AUSA Gribko/the Government purport to be using.

--As a sui juris litigant, this Court is required to provide this procedural information to Me: please provide Me with the secret "summary procedures" immediately that AUSA Gribko alludes to following.

--Further, are these secret "summary procedures" part of the secret Central Violations Bureau (CVB) court, with the secret CVB docket that only the prosecutors and magistrates ( for hire, contract judges, Article I judges, paid by CVB ) can see, but, the accused, their attorneys, and federal district judges ( constitutional, Article III judges ) cannot see ?   Is this all part of the honest services fraud ?

--I suggest that the Government dismiss these charges against Me because the Government refuses to produce "Keith Holland" as a witness against Me, among other things.

--Sua sponte, Magistrate Bongiovanni can dismiss this farce, too.

--**Note:** Federal district Judge Linares, before he was the Chief U.S. District Judge, was the judge on the Jayson Burg case in Newark, New Jersey, before Burg's case was moved to Trenton.

Note also, that Burg provided the Treatise on Arrest and False Imprisonment by Charles A. Weisman to the federal prosecutors, they went through it with a fine tooth comb, and found that it is accurate.

Judge Linares will recall that I was in his courtroom in February 2016, on the Burg case.

# EXHIBIT B



You may NOT serve Me via email / Magistrate Bongiovanni must serve Me properly by mail / misconstrued Rule 58(a), Fed. Rules Crim. Procedure/ noticeLidya Radin to: karen.argent, Grace, Marsha L LTC USARMY USARC HQ (US), Griffin MSgt Brian, smmcstaff, paul.safier, njdnef_linares, whistleblower, whistleblower, Teresa_Weiler, tjb_orders 04/11/2018 08:21 PM
Cc: JGribko, "Gribko, Joseph (USANJ)", rdavis, "Mark G. Davis Esq.", mgdavis79, Paula Gloria, dean loren, "Lalit K. Jain", Francis Steffan, JW Grenadier, Jw Grenadier, george naytowhowcon, Stephen Romine, Laura Anson
From: Lidya Radin <radin.lidya2@gmail.com>
To: karen.argent@ic.fbi.gov, "Grace, Marsha L LTC USARMY USARC HQ (US)" <marsha.l.grace.mil@mail.mil>, Griffin MSgt Brian <brian.griffin@usmc.mil>, smmcstaff@usmc.mil, paul.safier@usdoj.gov, njdnef_linares@njd.uscourts.gov, whistleblower@judiciary-rep.senate.gov, whistleblower@ronjohnson.senate.gov, Teresa_Weiler@njd.uscourts.gov, tjb_orders@njd.uscourts.gov
Cc: JGribko@usa.doj.gov, "Gribko, Joseph (USANJ)" <joseph.gribko@usdoj.gov>, rdavis@davisfirmllc.com, "Mark G. Davis Esq." <mdavis@davisfirmllc.com>, mgdavis79@hotmail.com, Paula Gloria <rabbitholecentral@earthlink.net>, dean loren <deanloren@gmail.com>, "Lalit K. Jain" <lkjesq@gmail.com>, Francis Steffan <americanvoiceradio@yahoo.com>, JW Grenadier <jwgbkrup@gmail.com>, Jw Grenadier <psavictim@gmail.com>, george naytowhowcon <freelectron21@hotmail.com>, Stephen Romine <pilgrimpeace@gmail.com>, Laura Anson <laura.v.anson@gmail.com>

Mr. Davis:

--You may not serve Me via email.

--Magistrate Bongiovanni must serve Me properly via mail.

--***Apparently, Magistrat Bongiovanni is making-up, fabricating procedures as she goes along, claiming she can do this as part of the Federal Rules of Criminal Procedure, Rule 58(a)***.

--But, that rule says that  summary procedures only apply when  "**no sentence of imprisonment will be imposed.**"

--AUSA Gribko tried to obscure this point in one of his last letters to the Court.

Federal Rules of Criminal Procedure, Rule 58 Petty Offenses and Misdemeanors states:
(a) Scope.

(1) *In General.* These rules apply in petty offense and other misdemeanor cases and on appeal to a district judge in a case tried by a magistrate judge, unless this rule provides otherwise.

(2) *Petty Offense Case Without Imprisonment.* In a case involving a petty offense for which no sentence of imprisonment will be imposed, the court may follow any provision of these rules that is not inconsistent with this rule and that the court considers appropriate.

(3) *Definition.* As used in this rule, the term "petty offense for which no sentence of imprisonment will be imposed" means a petty offense for which the court determines that, in the event of conviction, no sentence of imprisonment will be imposed.

--Does Magistrate Bongiovanni represent that "no sentence of imprisonment will be imposed?   Apparently, yes.

--By her conduct, that Magistrate Bongiovanni is representing that  "no sentence of imprisonment will be imposed".

--By her conduct, <u>today</u>, Magistrate Bongiovanni has locked herself into this position ( "no sentence of imprisonment will be imposed ") because to do otherwise, means that Magistrate Bongiovanni has violated the Federal Rules of Criminal Procedure by Ordering you, a stand-by counsel, to serve Me, sui juris, via email, when, I must be served by mail, and three days for mail service must be added, Fed. Rules Crim. Procedure, Rule 45, service by mail. I am not authorized by this Court to receive Notices/orders/judgments via email or via ECF.

--Because Magistrate Bongiovanni has locked herself into this position ( "no sentence of imprisonment will be imposed ") what procedures are we using ?

--It is self-evident that we cannot go forward until Magistrate Bongiovanni tells us what "summary procedures" we are using.

--This Court is required to give Me procedural information.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## 41 C.F.R. § 102-74.390 What is the policy concerning disturbances?
All persons entering in or on Federal property are prohibited from loitering, exhibiting disorderly conduct or exhibiting other conduct on property that -

**(a)** Creates loud or unusual noise or a nuisance; **NO ALLEGATIONS, NO EVIDENCE.**

**(b)** Unreasonably obstructs the usual use of entrances, foyers, lobbies, corridors, offices, elevators, stairways, or parking lots;

**NO ALLEGATIONS, NO EVIDENCE.**

**(c)** Otherwise impedes or disrupts the performance of official duties by Government employees **NO ALLEGATIONS, NO EVIDENCE.** ; or

**(d)** Prevents the general public from obtaining the administrative services provided on the property in a timely manner, **NO ALLEGATIONS, NO EVIDENCE.**

## 41  C.F. R. section § 102-74.450 What are the penalties for violating any rule or regulation in this subpart?
A person found guilty of violating any rule or regulation in this subpart while on any property under the charge and control of GSA

shall be fined under title 18 of the United States Code, imprisoned for not more than 30 days, or both.

*Please give this email to the FBI, and to AUSA Gribko's boss, U.S. Attorney General Jeff Sessions.*

On Wed, Apr 11, 2018 at 3:03 PM, Mark G. Davis, Esq. <mdavis@davisfirmllc.com> wrote:
Ms. Radin -

Per order of the court, I'm providing you with a copy of Judge Bongiovanni's letter order, with attachments.

Mark G. Davis, Esq.
**Certified by the Supreme Court
of New Jersey as a Criminal Trial Attorney**
Davis Law Firm, LLC
2653 Nottingham Way
Trenton, NJ 08619
Phone: (609) 587-9100
Fax: (609) 587-9109
www.davisfirmllc.com

CONFIDENTIALITY NOTICE: This electronic transmission and any attachment(s) are the confidential property of the Davis Law Firm, LLC, and the materials are privileged communications intended solely for the receipt, use, benefit, and information of the intended recipient indicated above. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this electronic transmission is strictly prohibited, and may result in legal liability on your part. If you have received this email in error, please forward back to sender and destroy the electronic transmission.

-----Original Message-----
From: "Lidya Radin" <radin.lidya2@gmail.com>
Sent: Tuesday, April 10, 2018 9:12am
To: tjb_orders@njd.uscourts.gov, njdnef_linares@njd.uscourts.gov, whistleblower@judiciary-rep.senate.gov, whistleblower@ronjohnson.senate.gov, JGribko@usa.doj.gov, Teresa_Weiler@njd.uscourts.gov, "Gribko, Joseph (USANJ)" <joseph.gribko@usdoj.gov>
Cc: rdavis@davisfirmllc.com, "Mark G. Davis Esq." <mdavis@davisfirmllc.com>, mgdavis79@hotmail.com, "Paula Gloria" <rabbitholecentral@earthlink.net>, "dean loren" <deanloren@gmail.com>, "Lalit K. Jain" <lkjesq@gmail.com>, karen.argent@ic.fbi.gov, "Grace, Marsha L LTC USARMY USARC HQ (US)" <marsha.l.grace.mil@mail.mil>, "Francis Steffan" <americanvoiceradio@yahoo.com>, "JW Grenadier" <jwgbkrup@gmail.com>, paul.safier@usdoj.gov, "Jw Grenadier" <psavictim@gmail.com>, "Griffin MSgt Brian" <brian.griffin@usmc.mil>, smmcstaff@usmc.mil, "george naytowhowcon" <freelectron21@hotmail.com>, "Stephen Romine" <pilgrimpeace@gmail.com>, "Laura Anson" <laura.v.anson@gmail.com>
Subject: The 4/16/18 Trial date is in contempt of Standing Order 15-2,Criminal Trial Scheduling & Discovery, see paragraphs 16, 17, 18, 19, 20 and 21

RE: USA v. Radin, docket number: 17-mj-4519, federal district court, Trenton, New Jersey.

Magistrate Bongiovanni:


Your Order that trial be held on 4/16/2018 is in contempt of Standing Order 15-2, Criminal Trial Scheduling & Discovery, see paragraphs 16, 17, 18, 19, 20, 21  and  http://www.njd.uscourts.gov/standing-orders.

See paragraph 17, in connection with the Final Pretrial Conference:  "No sooner than two weeks following the disposition of pretrial motions, the Court shall, in consultation with the parties, schedule a final pretrial conference".

**We have never had a final pretrial conference.  We never had any pretrial conferences.  In fact, I can't even do Pretrial Motions because discovery is not complete.**  See paragraph 16:  "In all cases, regardless of complexity, the parties should advise the Court of discovery issues as early as possible so that the Court can determine whether to hold an additional conference to attempt to resolve them prior to the conclusion of the discovery period and without the necessity of formal motion practice."

I advised you, and as you admitted in your 1/3/2018 Order:  **" Ms. Radin has already outlined much of the discovery she believes is deficient."**

I advised you, again, on February 23, 2018 that I was a crime victim, that crimes were inflicted upon Me by a visa violator, an illegal alien, Mr. Makan Nzomo, I demanded a hearing pursuant to taking Judicial Notice, Federal Rules of Evidence, Rule 201, and I advised you of discovery that I still had not received.

You cannot hear and decide Pre-trial Motions the morning of trial, and you cannot hold a hearing pursuant to taking Judicial Notice, Rule 201, the morning of trial, see my demand for Judicial Notice, docket entry #32, despite AUSA Gribko's insistence that you do so, to rush to judgment, because to do so is in contempt of Standing Order 15-2, paragraphs 16, 17, 18, 19, 20, and 21, and my constitutionally-protected and guaranteed right to due process; see paragraph 17 of Standing Order 15-2:  "No sooner than two weeks following the disposition of pretrial motions, the Court shall, in consultation with the parties, schedule a final pretrial conference."

Your Order that I respond to AUSA Gribko's Motion to Quash by April, 10, 2018, really by April 13, 2018, a Friday, allowing for three additional days for service by mail as per Federal Rules of Criminal Procedure, Rule 45, so that you can hold trial on the following Monday, on 4/16/2018, in a rush to judgment, is in contempt of Standing Order 15-2, paragraph 17: " No sooner than two weeks following the disposition of pretrial motions, the Court shall, in consultation with the parties, schedule a final pretrial conference."

As I stated, we have had no final pretrial conference, and I cannot even make pretrial motions until discovery is complete. ***Discovery is not complete, see pages 4, 5, and 6 of my February 23, 2018 communication to you. For example, I have not received  " all my records from the Department of Justice, the U.S. Marshal Service and its agents, Homeland Security and its agents, the Federal Bureau of Investigation and its agents, the Joint Terrorism Task Force and its agents, the Hudson County prosecutors' office and its agents, the Jersey City Police Department and its agents, and the U.S. Capital police and its agents."***

***It was revealed in the Jayson Burg case, prosecuted by Mr. Gribko, for example,  that my name is on a  U.S. Marshal "Caution Notice" authored by Deputy U.S. Marshal Jerry Sanservino that defamed Me as a  "Sovereign Citizen",  as a extreme domestic terrorist.  I have not received this  "Caution Notice"  in discovery despite the fact that this "Caution Notice"  with my name on it, was provided to Jayson Burg and his criminal defense team.  Jayson Burg's attorneys do not and did not represent Me, despite Mr. James Lisa's Friend of the Court letter to Chief Judge Robert Katzman, in the Second Circuit, detailing criminal conduct against Me, Jayson Burg, Criminal Defense Attorney Marcus Mumford and others, nation-wide, in a nation-wide federal ticket scam.***

See also Standing Order, 15-2, paragraph 18.  "At the pretrial conference, the parties shall advise the Court whether the case should be set for trial."  <u>**This case should not be set for trial, the Government has not complied with discovery, and because I have not received all my records/discovery as I requested, I cannot even make pretrial motions.   I am filing a Certificate of Readiness, stating that this case is not ready for trial.**</u>  Mr. Gribko has <u>not</u> filed a Certificate of Readiness for Trial, certifying that this case is ready for trial, either.  Never party has certified that this case is ready for trial.

See also Standing Order 15-2, paragraph 19. " If the parties have informed the Court that the case should be set for trial, the Court, in consultation with counsel, shall set a schedule providing for at least the following: exchange of pre marked exhibits by the Government and the defense; production of Jencks and Giglio material by the Government; production of reverse Jencks and impeachment material by the defense; production of Rule 404(b) material by the Government; production of reverse Rule 404(b) material by the defense; objections to the authenticity of exhibits, the chain of custody of exhibits, and the scientific analysis of exhibits; briefing of evidentiary motions; submission of voir dire requests; submission of requests to charge; jury selection; and trial."

**I did not inform you that this case should be set for trial.  I informed you that I was a crime victim by Mr. Nzomo, a federal law breaker, a visa violator, such that my life was so disrupted and my welfare so endangered that I could not prepare.**

See also Standing Order 15-2, paragraph 21. " Because the ends of justice require that the parties be provided a sufficient opportunity to effectively prepare for trial following the decision on pretrial motions and the final pretrial conference, <u>*trial in all cases shall be no earlier than 45 days following the final pretrial conference*</u> unless all parties agree that a shorter period of time is reasonable in the circumstances of the case.  Depending on the size or complexity of the case, a period longer than 45 days may be appropriate.  ( A sample form of Order for use in such cases is Exhibit 8 to this Standing Order, attached. )".

I did not agree to a shorter period of time.  **Again, your 4/16/2018 trial date is in contempt of  Standing Order 15-2,** discovery is not complete; because I have not received all discovery, I cannot make pretrial motions.  There has been no final pretrial conference such that trial cannot be scheduled.  I have not had a full and fair opportunity to prepare, not only because discovery is not complete, as I advised you in my February 23, 2018 communication, but also because my life has been so disrupted and my welfare so endangered by a federal visa violator, Mr. Nzomo, that I have been precluded from preparing a defense.  I remind you that endangering the welfare of a physically-disabled woman, Me, is a felony crime.

See also Standing Order 15-2, paragraph 2:  "Prior to arraignment, parties shall Meet and Confer".  AUSA

Gribko refused to meet and confer with Me, in contempt of Standing Order 15-2 and stated so on-the-record on December 12, 2017, that he refused to speak with Me.

In addition, after my February 23, 2018 communication to you, I asked your staff to please provide Me with Motion return dates, dates that you would be available to hear pretrial Motions and you and your staff failed and refused to provide these dates to Me, in a rush to judgment.

And, you refused to schedule a hearing pursuant to taking Judicial Notice, Federal Rules of Evidence, Rule 201, see my February 23, 2018 communication to you, in a rush to judgment.

Accordingly, I move this Court to Disqualify you from this case.

Your are further disqualified from ruling on this case, because I am calling you as a witness, Federal Rules of Evidence, Rule 605, judge as a witness, as you know, as you are in receipt of my subpoena: " In addition, please provide 'Notice to Appear' letter(s) in September 2017 that were mailed to Radin demanding Radin's appearance in your federal court despite the fact that a case was not opened against Radin your [ sic ] federal district court in September 2017.  Your testimony is for the purpose of showing that the prosecutors simulated a legal process, a crime, by design."  The so-called non-public Central Violations Bureau docket/secret data-base can not be seen or accessed by the accused, their attorneys, or the public.  It can only be seen by judges and prosecutors necessiating your testimony.

Further, Mr. Gribko refused to place his ex-parte statements to Magistrate Goodman on-the-record so that I could respond to them, see page 4 of my February 23, 2018 letter to you: "The remedy that is supposed to be provided to me in connection with prosecutor Gribko's ex-parte communications is that all of Gribko's ex-parte statements must be placed on-the-record, and I must be given an opportunity to respond to all of prosecutor Gribko's ex-parte communications, particularly in light of the fact that prosecutor Gribko's ex-parte communications resulted in Magistrate Goodman's unlawful 'Order to Appear'  ".

The warrant used to arrest Me on December 12, 2017 , purportedly, is based on Magistrate Goodman's Order to Appear.  The Order to Appear was obtained through ex-parte communications.  Both the Warrant and the Order to Appear on which the Warrant is based are unlawful as they are both based on ex-parte communications.  Accordingly, I move this Court to Vacate all Magistrate Goodman's Orders, because all her Orders are based on ex-parte communications, those communications were not placed on-the-record despite my requests, so that I could respond to them.  Moreover, the Warrant that was used to arrest Me on December 12, 2018 has not been shown to Me, despite my demand, and has not been placed on the record, and is being deliberately concealed.  Accordingly, I move this Court for an Order directing Mr. Gribko and Magistrate Goodman to place all ex-parte communications on-the-record, and for an Order giving Me the opportunity to respond to those ex-parte communications, on-the-record, and for an Order placing the Warrant that was used to arrest Me on December 12, 2018, the record, and an Order providing Me with all associated information in connection with that Warrant and the associated federal detainer used in New York, including all associated billing.

On August 10, 2017, "Keith Holland"  arrested Me, unlawfully, without a warrant, and without a showing that I disturbed the peace, and in violation of my constitutionally-protected and guaranteed rights under the 4th and 5th amendments an in violation of the common law; see also, A Treastise on Arrests and False Imprisonment, by Charles A. Weisman.

On August 10, 2017, "Keith Holland"  committed the crimes of false arrest and false imprisonment against Me.  AUSA Gribko is willing to stipulate to these crimes against Me.  Accordingly, I move this Court for an adjournment of the 4/16/2018  trial date so that Mr. Gribko and I can make this stipulation.

AUSA Gribko's statements that I intended to attend an 11 AM hearing on August 10, 2017 in front of Judge Sheridan are a fraud on the court. On August 10, 2017, I was to attend a 10 AM meeting with the Jayson Burg criminal defense team, in a coffee shop on the first floor of the Trenton Courthouse, to turn over documents revealed in discovery in New York that showed Mr. Gribko and his colleagues failed to charge Jayson Burg with

a crime, and lied to a federal Grand Jury to obtain an indictment against Burg; to wit, private-contract security guard Daniel Doniado was not a federal employee/ federal officer for the purpose of charging Burg with 18 U.S.C. section 111, assualt on a federal employee/ federal officer as stated in Count One of the Burg Indictment.  The unwarranted assault on Me, by an agent for the DOJ,  "Keith Holland"  obstructed justice.

Ultimately, Jayson Burg agreed to plead guilty to the  "appearance of assaulting a federal employee/federal officer".  This is a fraud, sanctioned by federal Judge Peter Sheridan, as no such criminal statute exits.  It was just a way for the federal prosecutors to weasel out of a law suit by Burg against them, for malicious prosecution.

Because this trial cannot take place on April 16, 2018, as to do so would be in contempt of Standing Order 15-2, I move this Court for an adjournment, and for an Order, ordering discovery to be provided to Me as I requested in my February 23, 2018 communication.
Finally, I complied with the Touchy regulations stating the relevancy of my subpoenas to all the judges, rendering Mr. Gribko's objections moot.
Please forward this email to the Federal Bureau of Investigation.
Thank you,
Lidya Radin

# EXHIBIT C



Re: Please provide to Me, immediately, the secret "summary procedures" that AUSA Gribko says he is using / forward this email to the FBI & Jeff Sessionsdean loren to: Lidya Radin 04/11/2018 09:24 PM
Cc: karen.argent, "Grace, Marsha L LTC USARMY USARC HQ (US)", Griffin MSgt Brian, smmcstaff, paul.safier, njdnef_linares, whistleblower, whistleblower, Teresa_Weiler, tjb_orders, JGribko, "Gribko, Joseph (USANJ)", rdavis, "Mark G. Davis Esq.", mgdavis79, Paula Gloria, "Lalit K. Jain", Francis Steffan, JW Grenadier, Jw Grenadier, george naytowhowcon, Stephen Romine, Laura Anson
From: dean loren <deanloren@gmail.com>
To: Lidya Radin <radin.lidya2@gmail.com>
Cc: karen.argent@ic.fbi.gov, "Grace, Marsha L LTC USARMY USARC HQ (US)" <marsha.l.grace.mil@mail.mil>, Griffin MSgt Brian <brian.griffin@usmc.mil>, smmcstaff@usmc.mil, paul.safier@usdoj.gov, njdnef_linares@njd.uscourts.gov, whistleblower@judiciary-rep.senate.gov, whistleblower@ronjohnson.senate.gov, Teresa_Weiler@njd.uscourts.gov, tjb_orders@njd.uscourts.gov, JGribko@usa.doj.gov, "Gribko, Joseph (USANJ)" <joseph.gribko@usdoj.gov>, rdavis@davisfirmllc.com, "Mark G. Davis Esq." <mdavis@davisfirmllc.com>, mgdavis79@hotmail.com, Paula Gloria <rabbitholecentral@earthlink.net>, "Lalit K. Jain" <lkjesq@gmail.com>, Francis Steffan <americanvoiceradio@yahoo.com>, JW Grenadier <jwgbkrup@gmail.com>, Jw Grenadier <psavictim@gmail.com>, george naytowhowcon <freelectron21@hotmail.com>, Stephen Romine <pilgrimpeace@gmail.com>, Laura Anson <laura.v.anson@gmail.com>

Obviously Judge Sheridan must be called to the witness stand
if his statements and actions are the basis for
some sort of police action that
does not appear on any record

But

If Judge Sheridan's actions do not appear on any record
how did anyone know about Judge Sheridan's actions?

So what prosecutorial material is available that
has Judge Sheridan's sworn statements?

On Wed, Apr 11, 2018 at 4:13 PM, Lidya Radin <radin.lidya2@gmail.com> wrote:
Dear Chief U.S. District Judge Linares & Magistrate Bongiovanni:

--I write in response to AUSA Gribko's latest tirade, sent to Me via email. Please note, I have not been properly served, as yet.

--Just because federal district Judge Peter Sheridan asked Me to leave his courtroom, once or twice, does not mean that I did anything wrong. Judges are human beings, too. We do not know everything that was going on in Judge Sheridan's life, what stresses he was under; he could have made mistakes or had a bad day. Judges do.

--Notably, Judge Sheridan controls his courtroom. Judge Sheridan never admonished Me, or gave Me any kind of Notice, or advised Me of his courtroom rules, and I appeared in Judge Sheridan's courtroom subsequently on other occasions without Judge Sheridan asking Me to leave or addressing Me in any way.

--AUSA Gribko has made no representation other than that on August 10, 2017, "Keith Holland"

provoked an incident, and used violence against Me.

-- "Keith Holland " breached the peace, on August 10, 2017, as admitted and confessed.

--As admitted and confessed, "Keith Holland" breached the peace, used violence against Me, a physically-disabled woman, coming to the courthouse on August 10, 2017, with irrefutable documentary evidence to provide to the Burg criminal defense team that shows that the prosecutor, **AUSA Gribko**, did not provide Brady material ( Brady v. Maryland, 373 U.S. 83 ) to Defendant Burg, an honorably discharged Marine.

--For the sake of argument, even giving "Keith Holland" the benefit of every doubt, being "loud" and "belligerent" when accosted without cause by a so-called peace officer, "Keith Holland " does not rise to the level that would give so-called peace officer "Keith Holland" the authority to arrest and imprison Me without a warrant.

-- *Take Judicial Notice, Federal Rules of Evidence, Rule 201, mandatory when requested by Me, a party, that "Impudent, abusive or offensive language, addressed to a peace officer does not tend to breach the peace, even though it may provoke the officer to anger" Pavish v. Meyers,* 129 Wash. 605, 225 Pac. 633,634 (1924); *Salem v. Coffey,* 113 Mo. App. 675, 88 S.W. 772 (1905); *People v. Lukowsky,* 94 Misc. 500, 159 N.Y.S. 599 (1916); *Myers v. Collel,* 1 Utah 2d 406, 268 P.2d 432, 434 (1954); **see A Treatise on Arrest and False Imprisonment by Charles A. Weisman, attached to this email for ease of reference, page 29 of the Treatise, and page 31 of the pdf file.**

--AUSA *Gribko represented to this Court that he / the Government would provide Me with stipulations to the false arrest and false imprisonment inflicted upon Me on August 10, 2017, where are these ?*

--In his latest temper tamtrum, AUSA Gribko whined and complained, about all kinds of hearings, show cause hearings, demanding that I be put in jail, and all kinds of horrible things that AUSA Gribko wants to inflict upon Me, but, what AUSA Gribko refused to do is put down on paper, on-the-record, the ex-parte communications that he had with Magistrate Goodman and Ms. Ivannya Fitzgerald and anyone else that resulted in Magistrate Goodman's unlawful orders, notably Magistrate Goodman's November 17, 2017 Order.

--AUSA Gribko claims that the Standing Orders of this Court do not apply, the Federal Rules of Criminal Procedure do not apply, although he contradicts himself by seeking to invoke those rules for himself, so, what "summary procedures" are we following ?   When can AUSA Gribko or this Court provide these secret "summary procedures" to Me ?

--It is self-evident, I cannot go forward unless and until the Government provides to Me the secret "summary procedures" that AUSA Gribko/the Government purport to be using.

--As a sui juris litigant, this Court is required to provide this procedural information to Me: please provide Me with the secret "summary procedures" immediately that AUSA Gribko alludes to following.

--Further, are these secret "summary procedures" part of the secret Central Violations Bureau (CVB) court, with the secret CVB docket that only the prosecutors and magistrates ( for hire, contract judges, Article I judges,  paid by CVB ) can see, but, the accused, their attorneys, and federal district judges ( constitutional, Article III judges )  cannot see ?  Is this all part of the honest services fraud ?

--I suggest that the Government dismiss these charges against Me because the Government refuses to produce "Keith Holland" as a witness against Me, among other things.

--Sua sponte, Magistrate Bongiovanni can dismiss this farce, too.

--**Note:**  Federal district Judge Linares, before he was the Chief U.S. District Judge, was the judge on the Jayson Burg case in Newark, New Jersey, before Burg's case was moved to Trenton.

Note also, that Burg provided the Treatise on Arrest and False Imprisonment by Charles A. Weisman to the federal prosecutors, they went through it with a fine tooth comb, and found that it is accurate.

Judge Linares will recall that I was in his courtroom in February 2016, on the Burg case.

# EXHIBIT D



As per Mr. Davis, today: " We all know there is going to be an appeal " / the outcome is already pre-determined / Davis does not represent Me, & never didLidya Radin to: Mark G. Davis, Esq. 04/12/2018 01:27 AM
Cc: karen.argent, "Grace, Marsha L LTC USARMY USARC HQ (US)", Griffin MSgt Brian, smmcstaff, paul.safier, whistleblower, whistleblower, Teresa_Weiler, tjb_orders, JGribko, "Gribko, Joseph (USANJ)", rdavis, mgdavis79, Paula Gloria, dean loren, "Lalit K. Jain", Francis Steffan, JW Grenadier, Jw Grenadier, george naytowhowcon, Stephen Romine, Laura Anson
From: Lidya Radin <radin.lidya2@gmail.com>
To: "Mark G. Davis, Esq." <mdavis@davisfirmllc.com>
Cc: karen.argent@ic.fbi.gov, "Grace, Marsha L LTC USARMY USARC HQ (US)" <marsha.l.grace.mil@mail.mil>, Griffin MSgt Brian <brian.griffin@usmc.mil>, smmcstaff@usmc.mil, paul.safier@usdoj.gov, njdnef_linares@njd.uscourts.gov, whistleblower@judiciary-rep.senate.gov, whistleblower@ronjohnson.senate.gov, Teresa_Weiler@njd.uscourts.gov, tjb_orders@njd.uscourts.gov, JGribko@usa.doj.gov, "Gribko, Joseph (USANJ)" <joseph.gribko@usdoj.gov>, rdavis@davisfirmllc.com, mgdavis79@hotmail.com, Paula Gloria <rabbitholecentral@earthlink.net>, dean loren <deanloren@gmail.com>, "Lalit K. Jain" <lkjesq@gmail.com>, Francis Steffan <americanvoiceradio@yahoo.com>, JW Grenadier <jwgbkrup@gmail.com>, Jw Grenadier <psavictim@gmail.com>, george naytowhowcon <freelectron21@hotmail.com>, Stephen Romine <pilgrimpeace@gmail.com>, Laura Anson <laura.v.anson@gmail.com>

Mr. Davis:

--You do not represent Me.  You never represented Me.

--Because you do not represent Me, and never did, there is no privilege.

--With this email you are creating a ficition.

--You already told Me today that there would be a pretext trumpted up to remove Me from this case, and force your representation on Me, that you would try this case on Monday, that you would call no witnesses other than  "Keith Holland".

--Mr. Davis, this case was started in honest services fraud.  There was no open case on 10/17/2017.  Why wouldn't you call Magistrate Goodman's Courtroom Deputy, Ivannya Fitzgerald as a witness to testify to this ?

Why wouldn't you call Magistrate Goodman to testify to the fact that there was not open case against Me in federal district court on 10/17/2017 ?

Why wouldn't you call Magistrate Goodman to testify to the ex-parte communications that Goodman had with AUSA Gribko?

Why wouldn't you call AUSA Gribko to testify to the ex-parte communications he had with Goodman?

Why would you allow AUSA Gribko, a witness to the ex-parte communications, to be in the courtroom to hear Goodman's testimony, another witness to the ex-parte communicaitons ?

Why wouldn't you want all the discovery materials from Central Violations in Texas, pre-trial ?

Why wouldn't you want all the discovery materials including the meta-data to show that AUSA Gribko

sent Me an email on 10/17/2018 demanding Me to come to federal district court when, in fact, on 10/17/2017 there was no open case in federal district court ?

Why wouldn't you ask why AUSA Gribko's bosses have not replaced him on this case ?  AUSA Gribko cannot prosecute a case wherein he already admitted and confessed that he had ex-parte communications with Magistrate Goodman. Why wouldn't you call AUSA Gribko to testify to the ex-parte communications he had with Magistrate Goodman ?

Why wouldn't you demand that those ex-parte communications are put on-the-record ?  That is the remedy, not replacing a corrupt magistrate, Goodman, with another corrupt magistrate, Bongiovanni.

Mr. Davis, why are you setting yourself up to be sued for legal malpractice ?

Mr. Davis, why are you setting yourself up to be sued in a whitle-blower law suit for defrauding the United States ?

On Wed, Apr 11, 2018 at 8:56 PM, Mark G. Davis, Esq. <mdavis@davisfirmllc.com> wrote:
> Lydia, by copying any third party on email correspondence to me, you are invalidating the
> confidentiality and privileged nature of our communications.
>
> **Please be guided accordingly.**
>
> Mark G. Davis, Esq.
> Certified by the Supreme Court
> of New Jersey as a Criminal Trial Attorney
> Davis Law Firm, LLC
> 2653 Nottingham Way
> Trenton, New Jersey 08619
> Phone: (609) 587-9100
> Fax: (609) 587-9109
> www.davisfirmllc.com
>
> Sent via the Samsung Galaxy Note8, an AT&T 4G LTE smartphone
>
>
> -------- Original message --------
> From: Lidya Radin
> Date: 4/11/18 8:21 PM (GMT-05:00)
> To: karen.argent@ic.fbi.gov, "Grace, Marsha L LTC USARMY USARC HQ (US)" , Griffin MSgt
> Brian , smmcstaff@usmc.mil, paul.safier@usdoj.gov, njdnef_linares@njd.uscourts.gov,
> whistleblower@judiciary-rep.senate.gov, whistleblower@ronjohnson.senate.gov,
> Teresa_Weiler@njd.uscourts.gov, tjb_orders@njd.uscourts.gov
> Cc: JGribko@usa.doj.gov, "Gribko, Joseph (USANJ)" , rdavis@davisfirmllc.com, "Mark G. Davis
> Esq." , mgdavis79@hotmail.com, Paula Gloria , dean loren , "Lalit K. Jain" , Francis Steffan , JW
> Grenadier , Jw Grenadier , george naytowhowcon , Stephen Romine , Laura Anson
> Subject: You may NOT serve Me via email / Magistrate Bongiovanni must serve Me properly by mail /
> misconstrued Rule 58(a), Fed. Rules Crim. Procedure/ notice
>
> Mr. Davis:
>
> --You may not serve Me via email.

--Magistrate Bongiovanni must serve Me properly via mail.

--*__Apparently, Magistrat Bongiovanni is making-up, fabricating procedures as she goes along, claiming she can do this as part of the Federal Rules of Criminal Procedure, Rule 58(a)__*.

--But, that rule says that  summary procedures only apply when  "**no sentence of imprisonment will be imposed.**"

--AUSA Gribko tried to obscure this point in one of his last letters to the Court.

Federal Rules of Criminal Procedure, Rule 58 Petty Offenses and Misdemeanors states:

(a) SCOPE.

(1) *In General.* These rules apply in petty offense and other misdemeanor cases and on appeal to a district judge in a case tried by a magistrate judge, unless this rule provides otherwise.

(2) *Petty Offense Case Without Imprisonment.* In a case involving a petty offense for which no sentence of imprisonment will be imposed, the court may follow any provision of these rules that is not inconsistent with this rule and that the court considers appropriate.

(3) *Definition.* As used in this rule, the term "petty offense for which no sentence of imprisonment will be imposed" means a petty offense for which the court determines that, in the event of conviction, no sentence of imprisonment will be imposed.

**--Does Magistrate Bongiovanni represent that "no sentence of imprisonment will be imposed?    Apparently, yes.**

**--By her conduct, that Magistrate Bongiovanni is representing that  "no sentence of imprisonment will be imposed".**

**--By her conduct, <u>today</u>, Magistrate Bongiovanni has locked herself into this position ( "no sentence of imprisonment will be imposed ") because to do otherwise, means that Magistrate Bongiovanni has violated the Federal Rules of Criminal Procedure by Ordering you, a stand-by counsel, to serve Me, sui juris, via email, when, I must be served by mail, and three days for mail service must be added, Fed. Rules Crim. Procedure, Rule 45, service by mail.  I am not authorized by this Court to receive Notices/orders/judgments via email or via ECF.**

**--Because Magistrate Bongiovanni has locked herself into this position (  "no sentence of imprisonment will be imposed ")  what procedures are we using ?**

**--It is self-evident that we cannot go forward until Magistrate Bongiovanni tells us what "summary procedures"  we are using.**

**--This Court is required to give Me procedural information.**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## 41 C.F.R. § 102-74.390 What is the policy concerning disturbances?

All persons entering in or on Federal property are prohibited from loitering, exhibiting disorderly conduct or exhibiting other conduct on property that -

(a) Creates loud or unusual noise or a nuisance; **NO ALLEGATIONS, NO EVIDENCE.**

(b) Unreasonably obstructs the usual use of entrances, foyers, lobbies, corridors, offices, elevators, stairways, or parking lots;

**NO ALLEGATIONS, NO EVIDENCE.**

(c) Otherwise impedes or disrupts the performance of official duties by Government employees **NO ALLEGATIONS, NO EVIDENCE.** ; or

(d) Prevents the general public from obtaining the administrative services provided on the property in a timely manner, **NO ALLEGATIONS, NO EVIDENCE.**

## 41  C.F. R. section § 102-74.450 What are the penalties for violating any rule or regulation in this subpart?

A person found guilty of violating any rule or regulation in this subpart while on any property under the charge and control of GSA

shall be fined under title 18 of the United States Code, imprisoned for not more than 30 days, or both.

*Please give this email to the FBI, and to AUSA Gribko's boss, U.S. Attorney General Jeff Sessions.*

On Wed, Apr 11, 2018 at 3:03 PM, Mark G. Davis, Esq. <mdavis@davisfirmllc.com> wrote:

Ms. Radin -

Per order of the court, I'm providing you with a copy of Judge Bongiovanni's letter order, with attachments.

Mark G. Davis, Esq.
**Certified by the Supreme Court**
**of New Jersey as a Criminal Trial Attorney**
Davis Law Firm, LLC
2653 Nottingham Way
Trenton, NJ 08619
Phone: (609) 587-9100
Fax: (609) 587-9109
www.davisfirmllc.com

CONFIDENTIALITY NOTICE: This electronic transmission and any attachment(s) are the confidential property of the Davis Law Firm, LLC, and the materials are privileged communications intended solely for the receipt, use, benefit, and information of the intended recipient indicated above. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this electronic transmission is strictly prohibited, and may result in legal liability on your part. If you have received this email in error, please forward back to sender and destroy the electronic transmission.

-----Original Message-----
From: "Lidya Radin" <radin.lidya2@gmail.com>
Sent: Tuesday, April 10, 2018 9:12am

Tó: tjb_orders@njd.uscourts.gov, njdnef_linares@njd.uscourts.gov, whistleblower@judiciary-rep.senate.gov, whistleblower@ronjohnson.senate.gov, JGribko@usa.doj.gov, Teresa_Weiler@njd.uscourts.gov, "Gribko, Joseph (USANJ)" <joseph.gribko@usdoj.gov>
Cc: rdavis@davisfirmllc.com, "Mark G. Davis Esq." <mdavis@davisfirmllc.com>, mgdavis79@hotmail.com, "Paula Gloria" <rabbitholecentral@earthlink.net>, "dean loren" <deanloren@gmail.com>, "Lalit K. Jain" <lkjesq@gmail.com>, karen.argent@ic.fbi.gov, "Grace, Marsha L LTC USARMY USARC HQ (US)" <marsha.l.grace.mil@mail.mil>, "Francis Steffan" <americanvoiceradio@yahoo.com>, "JW Grenadier" <jwgbkrup@gmail.com>, paul.safier@usdoj.gov, "Jw Grenadier" <psavictim@gmail.com>, "Griffin MSgt Brian" <brian.griffin@usmc.mil>, smmcstaff@usmc.mil, "george naytowhowcon" <freelectron21@hotmail.com>, "Stephen Romine" <pilgrimpeace@gmail.com>, "Laura Anson" <laura.v.anson@gmail.com>
Subject: The 4/16/18 Trial date is in contempt of Standing Order 15-2,Criminal Trial Scheduling & Discovery, see paragraphs 16, 17, 18, 19, 20 and 21

RE: USA v. Radin, docket number: 17-mj-4519, federal district court, Trenton, New Jersey.


Magistrate Bongiovanni:


Your Order that trial be held on 4/16/2018 is in contempt of Standing Order 15-2, Criminal Trial Scheduling & Discovery, see paragraphs 16, 17, 18, 19, 20, 21 and http://www.njd.uscourts.gov/standing-orders.


See paragraph 17, in connection with the Final Pretrial Conference: "No sooner than two weeks following the disposition of pretrial motions, the Court shall, in consultation with the parties, schedule a final pretrial conference".


We have never had a final pretrial conference. We never had any pretrial conferences. In fact, I can't even do Pre-trial Motions because discovery is not complete. See paragraph 16: "In all cases, regardless of complexity, the parties should advise the Court of discovery issues as early as possible so that the Court can determine whether to hold an additional conference to attempt to resolve them prior to the conclusion of the discovery period and without the necessity of formal motion practice."


I advised you, and as you admitted in your 1/3/2018 Order: " Ms. Radin has already outlined much of the discovery she believes is deficient."


I advised you, again, on February 23, 2018 that I was a crime victim, that crimes were inflicted upon Me by a visa violator, an illegal alien, Mr. Makan Nzomo, I demanded a hearing pursuant to taking Judicial Notice, Federal Rules of Evidence, Rule 201, and I advised you of discovery that I still had not received.


You cannot hear and decide Pre-trial Motions the morning of trial, and you cannot hold a hearing pursuant to taking Judicial Notice, Rule 201, the morning of trial, see my demand for Judicial Notice, docket entry #32, despite AUSA Gribko's insistence that you do so, to rush to judgment, because to do so is in contempt of Standing Order 15-2, paragraphs 16, 17, 18, 19, 20, and 21, and my constitutionally-protected and guaranteed right to due process; see paragraph 17 of Standing Order 15-2: "No sooner than two weeks following the disposition of pretrial motions, the Court shall, in consultation with the parties, schedule a final pretrial conference."

Your Order that I respond to AUSA Gribko's Motion to Quash by April, 10, 2018, really by April 13, 2018, a Friday, allowing for three additional days for service by mail as per Federal Rules of Criminal Procedure, Rule 45, so that you can hold trial on the following Monday, on 4/16/2018, in a rush to judgment, is in contempt of Standing Order 15-2, paragraph 17: " No sooner than two weeks following the disposition of pretrial motions, the Court shall, in consultation with the parties, schedule a final pretrial conference."

As I stated, we have had no final pretrial conference, and I cannot even make pretrial motions until discovery is complete. **Discovery is not complete, see pages 4, 5, and 6 of my February 23, 2018 communication to you. For example, I have not received " all my records from the Department of Justice, the U.S. Marshal Service and its agents, Homeland Security and its agents, the Federal Bureau of Investigation and its agents, the Joint Terrorism Task Force and its agents, the Hudson County prosecutors' office and its agents, the Jersey City Police Department and its agents, and the U.S. Capital police and its agents."**

**It was revealed in the Jayson Burg case, prosecuted by Mr. Gribko, for example, that my name is on a U.S. Marshal "Caution Notice" authored by Deputy U.S. Marshal Jerry Sanservino that defamed Me as a "Sovereign Citizen", as a extreme domestic terrorist. I have not received this "Caution Notice" in discovery despite the fact that this "Caution Notice" with my name on it, was provided to Jayson Burg and his criminal defense team. Jayson Burg's attorneys do not and did not represent Me, despite Mr. James Lisa's Friend of the Court letter to Chief Judge Robert Katzman, in the Second Circuit, detailing criminal conduct against Me, Jayson Burg, Criminal Defense Attorney Marcus Mumford and others, nation-wide, in an a nation-wide federal ticket scam.**

See also Standing Order, 15-2, paragraph 18. "At the pretrial conference, the parties shall advise the Court whether the case should be set for trial." **This case should not be set for trial, the Government has not complied with discovery, and because I have not received all my records/discovery as I requested, I cannot even make pretrial motions. I am filing a Certificate of Readiness, stating that this case is not ready for trial.** Mr. Gribko has <u>not</u> filed a Certificate of Readiness for Trial, certifying that this case is ready for trial, either. Never party has certified that this case is ready for trial.

See also Standing Order 15-2, paragraph 19. " If the parties have informed the Court that the case should be set for trial, the Court, in consultation with counsel, shall set a schedule providing for at least the following: exchange of pre marked exhibits by the Government and the defense; production of Jencks and Giglio material by the Government; production of reverse Jencks and impeachment material by the defense; production of Rule 404(b) material by the Government; production of reverse Rule 404(b) material by the defense; objections to the authenticity of exhibits, the chain of custody of exhibits, and the scientific analysis of exhibits; briefing of evidentiary motions; submission of voir dire requests; submission of requests to charge; jury selection; and trial."

**I did not inform you that this case should be set for trial. I informed you that I was a crime victim by Mr. Nzomo, a federal law breaker, a visa violator, such that my life was so disrupted and my welfare so endangered that I could not prepare.**

See also Standing Order 15-2, paragraph 21. " Because the ends of justice require that the parties be provided a sufficient opportunity to effectively prepare for trial following the decision on pretrial motions and the final pretrial conference, **_trial in all cases shall be no earlier than 45 days following the final pretrial conference_** unless all parties agree that a shorter period of time is reasonable in the circumstances of the case. Depending on the size or complexity of the case, a period longer than 45 days may be appropriate. ( A sample form of Order for use in such cases is Exhibit 8 to this Standing Order, attached. )".

I did not agree to a shorter period of time. **Again, your 4/16/2018 trial date is in contempt of Standing Order 15-2,** discovery is not complete; because I have not received all discovery, I cannot make pretrial motions. There has been

no final pretrial conference such that trial cannot be scheduled.  I have not had a full and fair opportunity to prepare, not only because discovery is not complete, as I advised you in my February 23, 2018 communication, but also because my life has been so disrupted and my welfare so endangered by a federal visa violator, Mr. Nzomo, that I have been precluded from preparing a defense.  I remind you that endangering the welfare of a physically-disabled woman, Me, is a felony crime.

See also Standing Order 15-2, paragraph 2:  "Prior to arraignment, parties shall Meet and Confer".   AUSA Gribko refused to meet and confer with Me, in contempt of Standing Order 15-2 and stated so on-the-record on December 12, 2017, that he refused to speak with Me.

In addition, after my February 23, 2018 communication to you, I asked your staff to please provide Me with Motion return dates, dates that you would be available to hear pretrial Motions and you and your staff failed and refused to provide these dates to Me, in a rush to judgment.

And, you refused to schedule a hearing pursuant to taking Judicial Notice, Federal Rules of Evidence, Rule 201, see my February 23, 2018 communication to you, in a rush to judgment.

Accordingly, I move this Court to Disqualify you from this case.

Your are further disqualified from ruling on this case, because I am calling you as a witness, Federal Rules of Evidence, Rule 605, judge as a witness, as you know, as you are in receipt of my subpoena:  " In addition, please provide  'Notice to Appear' letter(s) in September 2017 that were mailed to Radin demanding Radin's appearance in your federal court despite the fact that a case was not opened against Radin your [ sic ] federal district court in September 2017.  Your testimony is for the purpose of showing that the prosecutors simulated a legal process, a crime, by design."   The so-called non-public Central Violations Bureau docket/secret data-base can not be seen or accessed by the accused, their attorneys, or the public.  It can only be seen by judges and prosecutors necessitating your testimony.

Further, Mr. Gribko refused to place his ex-parte statements to Magistrate Goodman on-the-record so that I could respond to them, see page 4 of my February 23, 2018 letter to you:  "The remedy that is supposed to be provided to me in connection with prosecutor Gribko's ex-parte communications is that all of Gribko's ex-parte statements must be placed on-the-record, and I must be given an opportunity to respond to all of prosecutor Gribko's ex-parte communications, particularly in light of the fact that prosecutor Gribko's ex-parte communications resulted in Magistrate Goodman's unlawful 'Order to Appear'   ".

The warrant used to arrest Me on December 12, 2017 , purportedly, is based on Magistrate Goodman's Order to Appear.  The Order to Appear was obtained through ex-parte communications.  Both the Warrant and the Order to Appear on which the Warrant is based are unlawful as they are both based on ex-parte communications.  Accordingly, I move this Court to Vacate all Magistrate Goodman's Orders, because all her Orders are based on ex-parte communications, those communications were not placed on-the-record despite my requests, so that I could respond to them.  Moreover, the Warrant that was used to arrest Me on December 12, 2018 has not been shown to Me, despite my demand, and has not been placed on the record, and is being deliberately concealed.   Accordingly, I move this Court for an Order directing Mr. Gribko and Magistrate Goodman to place all ex-parte communications on-the-record, and for an Order giving Me the opportunity to respond to those ex-parte communications, on-the-record, and for an Order placing the Warrant that was used to arrest Me on December 12, 2018, the record, and an Order providing Me with all associated information in connection with that Warrant and the associated federal detainer used in New York, including all associated billing.

On August 10, 2017, "Keith Holland"  arrested Me, unlawfully, without a warrant, and without a showing that I disturbed the peace, and in violation of my constitutionally-protected and guaranteed rights under the 4th and 5th amendments an in violation of the common law; see also, A Treastise on Arrests and False Imprisonment, by Charles A. Weisman.

On August 10, 2017, "Keith Holland"  committed the crimes of false arrest and false imprisonment against Me.   AUSA Gribko is willing to stipulate to these crimes against Me.  Accordingly, I move this Court for an adjournment of the 4/16/2018  trial date so

that Mr. Gribko and I can make this stipulation.

AUSA Gribko's statements that I intended to attend an 11 AM hearing on August 10, 2017 in front of Judge Sheridan are a fraud on the court.  On August 10, 2017, I was to attend a 10 AM meeting with the Jayson Burg criminal defense team, in a coffee shop on the first floor of the Trenton Courthouse, to turn over documents revealed in discovery in New York that showed Mr. Gribko and his colleagues failed to charge Jayson Burg with a crime, and lied to a federal Grand Jury to obtain an indictment against Burg; to wit, private-contract security guard Daniel Doniado was not a federal employee/ federal officer for the purpose of charging Burg with 18 U.S.C. section 111, assualt on a federal employee/ federal officer as stated in Count One of the Burg Indictment.  The unwarranted assault on Me, by an agent for the DOJ,  "Keith Holland"  obstructed justice.

Ultimately, Jayson Burg agreed to plead guilty to the  "appearance of assaulting a federal employee/federal officer ".  This is a fraud, sanctioned by federal Judge Peter Sheridan, as no such criminal statute exits.  It was just a way for the federal prosecutors to weasel out of a law suit by Burg against them, for malicious prosecution.

Because this trial cannot take place on April 16, 2018, as to do so would be in contempt of Standing Order 15-2, I move this Court for an adjournment, and for an Order, ordering discovery to be provided to Me as I requested in my February 23, 2018 communication.
Finally, I complied with the Touchy regulations stating the relevancy of my subpoenas to all the judges, rendering Mr. Gribko's objections moot.
Please forward this email to the Federal Bureau of Investigation.
Thank you,
Lidya Radin

# EXHIBIT E



Mr. Davis, why wouldn't you call Judge Sheridan to testify, his statements & actions are the basis of a police action against Me ?Lidya Radin to: Mark G. Davis Esq., mgdavis79, njdnef_linares 04/12/2018 01:46 AM
Cc: karen.argent, "Grace, Marsha L LTC USARMY USARC HQ (US)", Griffin MSgt Brian, smmcstaff, paul.safier, whistleblower, whistleblower, Teresa_Weiler, tjb_orders, JGribko, "Gribko, Joseph (USANJ)", rdavis, Paula Gloria, "Lalit K. Jain", Francis Steffan, JW Grenadier, Jw Grenadier, george naytowhowcon, Stephen Romine, Laura Anson, dean loren
From: Lidya Radin <radin.lidya2@gmail.com>
To: "Mark G. Davis Esq." <mdavis@davisfirmllc.com>, mgdavis79@hotmail.com, njdnef_linares@njd.uscourts.gov
Cc: karen.argent@ic.fbi.gov, "Grace, Marsha L LTC USARMY USARC HQ (US)" <marsha.l.grace.mil@mail.mil>, Griffin MSgt Brian <brian.griffin@usmc.mil>, smmcstaff@usmc.mil, paul.safier@usdoj.gov, whistleblower@judiciary-rep.senate.gov, whistleblower@ronjohnson.senate.gov, Teresa_Weiler@njd.uscourts.gov, tjb_orders@njd.uscourts.gov, JGribko@usa.doj.gov, "Gribko, Joseph (USANJ)" <joseph.gribko@usdoj.gov>, rdavis@davisfirmllc.com, Paula Gloria <rabbitholecentral@earthlink.net>, "Lalit K. Jain" <lkjesq@gmail.com>, Francis Steffan <americanvoiceradio@yahoo.com>, JW Grenadier <jwgbkrup@gmail.com>, Jw Grenadier <psavictim@gmail.com>, george naytowhowcon <freelectron21@hotmail.com>, Stephen Romine <pilgrimpeace@gmail.com>, Laura Anson <laura.v.anson@gmail.com>, dean loren <deanloren@gmail.com>

Mr. Davis:

--Why wouldn't you call Judge Peter Sheridan to testify ?  Judge Sheridan's actions are the basis for a police action against Me.

--Why wouldn't you impeach Judge Sheridan's testimony by asking Judge Sheridan how it was possible that Judge Sheridan accepted a contract, a Pre-trial Detention (PTD ) agreement from Jayson Burg wherein Burg agreed that Burg  was guilty of  "the appearance of assaulting a federal officer"  when, in fact, there is no such criminal statute ?

--Why wouldn't you call AUSA Gribko to testify ?

--Why wouldn't you impeach AUSA Gribko's testimony by asking AUSA Gribko, and all his bosses, how it was possible that they presented a contract, a Pre-trial Detention (PTD ) agreement from Jayson Burg to Judge Sheridan wherein Burg agreed that Burg  was guilty of "the appearance of assaulting a federal officer"  when, in fact, there is no such criminal statute ?

--Mr. Davis, why are you colluding and conspiring in honest services fraud ?


On Wed, Apr 11, 2018 at 9:24 PM, dean loren <deanloren@gmail.com> wrote:
   Obviously Judge Sheridan must be called to the witness stand
   if his statements and actions are the basis for
   some sort of police action that
   does not appear on any record

   But

If Judge Sheridan's actions do not appear on any record
how did anyone know about Judge Sheridan's actions?

So what prosecutorial material is available that
has Judge Sheridan's sworn statements?

On Wed, Apr 11, 2018 at 4:13 PM, Lidya Radin <radin.lidya2@gmail.com> wrote:
Dear Chief U.S. District Judge Linares & Magistrate Bongiovanni:

--I write in response to AUSA Gribko's  latest tirade, sent to Me via email.  Please note, I have not
been properly served, as yet.

--Just because federal district Judge Peter Sheridan asked Me to leave his courtroom, once or twice,
does not mean that I did anything wrong.  Judges are human beings, too.  We do not know
everything that was going on in Judge Sheridan's life, what stresses he was under;  he could have
made mistakes or had a bad day.  Judges do.

--Notably, Judge Sheridan controls his courtroom.  Judge Sheridan never admonished Me, or gave
Me any kind of Notice, or advised Me of his courtroom rules, and I appeared in Judge Sheridan's
courtroom subsequently on other occasions without Judge Sheridan asking Me to leave or
addressing Me in any way.

--AUSA Gribko has made no representation other than that on August 10, 2017,  "Keith Holland"
provoked an incident, and used violence against Me.

-- "Keith Holland "  breached the peace, on August 10, 2017, as admitted and confessed.

--As admitted and confessed,  "Keith Holland"  breached the peace, used violence against Me, a
physically-disabled woman, coming to the courthouse on August 10, 2017, with irrefutable
documentary evidence to provide to the Burg criminal defense team that shows that the prosecutor,
**AUSA Gribko**, did not provide Brady material ( Brady v. Maryland, 373 U.S. 83 ) to Defendant
Burg, an honorably discharged Marine.

--For the sake of argument, even giving  "Keith Holland"  the benefit of every doubt, being
"loud"  and  "belligerent"   when accosted without cause by a so-called peace officer,  "Keith
Holland "   does not rise to the level that would give so-called peace officer  "Keith Holland"  the
authority to arrest and imprison Me without a warrant.

*-- **Take Judicial Notice, Federal Rules of Evidence, Rule 201, mandatory when requested by Me,
 a party, that  "Impudent, abusive or offensive language, addressed to a peace officer does not
tend to breach the peace, even though it may provoke the officer to anger"  Pavish v. Meyers,**
**129 Wash. 605, 225 Pac. 633,634 (1924); Salem v. Coffey, 113 Mo. App. 675, 88 S.W. 772 (1905);**
**People v. Lukowsky, 94 Misc. 500, 159 N.Y.S. 599 (1916); Myers v. Collel, 1 Utah 2d 406, 268**
**P.2d 432, 434 (1954); see A Treatise on Arrest and False Imprisonment by Charles A.**
**Weisman, attached to this email for ease of reference, page 29 of the Treatise, and page 31 of**
**the pdf file.***

*--AUSA **Gribko represented to this Court that he / the Government would provide Me with
stipulations to the false arrest and false imprisonment inflicted upon Me on August 10, 2017,
where are these ?***

--In his latest temper tamtrum, AUSA Gribko whined and complained, about all kinds of hearings, show cause hearings, demanding that I be put in jail, and all kinds of horrible things that AUSA Gribko wants to inflict upon Me, but, what AUSA Gribko refused to do is put down on paper, on-the-record, the ex-parte communications that he had with Magistrate Goodman and Ms. Ivannya Fitzgerald and anyone else that resulted in Magistrate Goodman's unlawful orders, notably Magistrate Goodman's November 17, 2017 Order.

--AUSA Gribko claims that the Standing Orders of this Court do not apply, the Federal Rules of Criminal Procedure do not apply, although he contradicts himself by seeking to invoke those rules for himself, so, what "summary procedures" are we following ? When can AUSA Gribko or this Court provide these secret "summary procedures" to Me ?

--It is self-evident, I cannot go forward unless and until the Government provides to Me the secret "summary procedures" that AUSA Gribko/the Government purport to be using.

--As a sui juris litigant, this Court is required to provide this procedural information to Me: please provide Me with the secret "summary procedures" immediately that AUSA Gribko alludes to following.

--Further, are these secret "summary procedures" part of the secret Central Violations Bureau (CVB) court, with the secret CVB docket that only the prosecutors and magistrates ( for hire, contract judges, Article I judges, paid by CVB ) can see, but, the accused, their attorneys, and federal district judges ( constitutional, Article III judges ) cannot see ? Is this all part of the honest services fraud ?

--I suggest that the Government dismiss these charges against Me because the Government refuses to produce "Keith Holland" as a witness against Me, among other things.

--Sua sponte, Magistrate Bongiovanni can dismiss this farce, too.

--**Note:** Federal district Judge Linares, before he was the Chief U.S. District Judge, was the judge on the Jayson Burg case in Newark, New Jersey, before Burg's case was moved to Trenton.

Note also, that Burg provided the Treatise on Arrest and False Imprisonment by Charles A. Weisman to the federal prosecutors, they went through it with a fine tooth comb, and found that it is accurate.

Judge Linares will recall that I was in his courtroom in February 2016, on the Burg case.