Lidya Maria Radin  
c/o Friendly  
203 W. 107 Street, # 8A  
New York, New York 10025  
Mobile: 516-445-4390; Email: radin.lidya2@gmail.com

16-April-2018

*Original for scanning + filing*

Willam T. Walsh, Clerk of Court,  
Clarkson S. Fisher Building & U.S. Courthouse  
402 East State Street  
Trenton, New Jersey 08608

**RE:** **Motion to Remove Stand-by Counsel Mark Davis for irreconcilable differences as the law requires, and to adjourn trial date for 30 days so that I can find an attorney, in USA v. Radin, docket no: 17-mj-4519.**

Sir:

--Because Magistrate Bongiovanni broke the law by ruling on dispositive motions, and by failing and refusing to take Judicial Notice when requested, I am addressing this Motion to the Court, an institution, not to Magistrate Bongiovanni, a living woman, who broke the law, and in breaking the law disqualified herself from this case.

--I move this Court to remove Stand-by Counsel Mark Garnet Davis. We have irreconcilable differences such that the law requires that I let him go, and request a 30-day adjournment so that I can find an attorney

Thank you,

*Lidya Radin*

Lidya Radin

RCVD, USDC OF NJ  
APR 16, 18 AM 8:39

Lidya Maria Radin  
c/o Friendly  
203 W. 107 Street, # 8A  
New York, New York 10025  
Mobile: 516-445-4390; Email: radin.lidya2@gmail.com

16-April-2018

*Original for scanning & filing*

Mark Garnet Davis  
The Davis Law Firm, LLC  
2653 Nottingham Way  
Hamilton, New Jersey 08619

**RE:** **Because we have irreconcilable differences, the law requires that you remove yourself from this case, docket no: 17-mj-4519.**

Sir:

Because we have irreconcilable differences, the law requires that you remove yourself from this case.

Thank you,

*Lidya Radin*

Lidya Radin

RCVD, USDC OF NJ  
APR 16 '18 AM8:39