# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

**TRENTON**                                                     **April 16, 2018**
**OFFICE**                                                         **DATE OF PROCEEDINGS**

**JUDGE: TONIANNE BONGIOVANNI**
DIGITALLY RECORDED

**TITLE OF CASE**:                                           **MJ-17-4519 (TJB)**

UNITED STATES OF AMERICA,
     V.
LIDYA M. RADIN,

**APPEARANCES:**

R. Joseph Gribko, AUSA for Government
Lidya M. Radin, *pro se* Defendant
Mark G. Davis, Esq., for defendant (Standby Counsel)

**NATURE OF PROCEEDING:**

Bench trial commenced before Honorable Tonianne J. Bongiovanni.
Application from Lidya Radin asserting assorted motions. Ordered application denied.
Keith Holland sworn for Government.
Government rests.
Application by Lidya Radin for a judgment of acquittal pursuant to Federal Rule of Criminal Procedure 29. Ordered application denied.
Lidya M. Radin defendant sworn.
Defendant rests.
R. Joseph Gribko, AUSA summation for Government.
Lidya M. Radin, *pro se* Defendant summation.
Mark G. Davis, Esq. summation for Defendant.
R. Joseph Gribko, AUSA rebuttal summation for Government.
Bench trial concluded.
Verdict: Guilty as to Count 1.
Deadline for submissions regarding sentencing set for May 7, 2018.
Ordered sentencing set for May 15, 2018 at 3:00 p.m.
Ordered bail continued as previously set.

TIME COMMENCED:   9:20 AM
TIME ADJOURNED:    2:20 PM                              s/ Mark Morelli
TOTAL TIME: 5 Hours                                     Deputy Clerk