**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(609) 989-2040

**CHAMBERS OF**
**TONIANNE J. BONGIOVANNI**
**UNITED STATES MAGISTRATE JUDGE**

U.S. COURTHOUSE
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

April 16, 2018

**LETTER ORDER**

Re:   **United States of America v. Radin**
      **Case No. 17-4519 (TJB)**

Dear Ms. Radin and Counsel:

As you know, earlier today, Ms. Radin filed several motions, including (1) a motion seeking a 30-day adjournment of the trial of this matter and to summarize the motions and notices filed on April 13 and 16, 2018 (Docket Entry No. 44); (2) a motion seeking to correct the docket text associated with Docket Entry No. 43 and for a schedule to be set regarding the motions contained in Docket Entry No. 43 (Docket Entry No. 45); (3) a motion seeking to remove stand-by counsel, Mark Davis, from this matter due to irreconcilable difference and for a 30-day adjournment of the trial of this matter (Docket Entry No. 46); and (4) a motion seeking to (a) disqualify the undersigned and dismiss this case for lack of jurisdiction; (b) vacate the Orders entered by the Hon. Lois H. Goodman, U.S.M.J.; and (c) disqualify and sanction Assistant United States Attorney R. Joseph Gribko (Docket Entry No. 47).   For the reasons stated on the record earlier today, all of Ms. Radin's motions are denied.

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED THAT CONSISTENT WITH THE COURT'S ORDER OF NOVEMBER 17, 2017 [DOCKET ENTRY NO. 11], THIS LETTER ORDER SHALL BE SENT TO MS. RADIN BY BOTH EMAIL AND REGULAR MAIL.**

**IT IS FURTHER ORDERED THAT STAND-BY COUNSEL, WHO IS AN ELECTRONIC FILER, PROVIDE A COPY OF THIS ORDER TO MS. RADIN.**

                                                     s/ Tonianne J. Bongiovanni
                                               **TONIANNE J. BONGIOVANNI**
                                               **United States Magistrate Judge**