**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

**(609) 989-2040**

CHAMBERS OF
**TONIANNE J. BONGIOVANNI**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

April 16, 2018

**LETTER ORDER**

Re:   **United States of America v. Radin**
      **Case No. 17-4519 (TJB)**

Dear Ms. Radin and Counsel:

As you know, pending before the Court is the Government's motion for sanctions (Docket Entry No. 38).   A briefing schedule regarding same shall be set after the sentencing in this matter occurs.   No action shall be taken on the Government's motion at this time.

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED THAT CONSISTENT WITH THE COURT'S ORDER OF NOVEMBER 17, 2017 [DOCKET ENTRY NO. 11], THIS LETTER ORDER SHALL BE SENT TO MS. RADIN BY BOTH EMAIL AND REGULAR MAIL.**

**IT IS FURTHER ORDERED THAT STAND-BY COUNSEL, WHO IS AN ELECTRONIC FILER, PROVIDE A COPY OF THIS ORDER TO MS. RADIN.**

          s/ Tonianne J. Bongiovanni
**TONIANNE J. BONGIOVANNI**
**United States Magistrate Judge**