Lidya Maria Radin  
c/o Friendly  
203 W. 107 Street, # 8A  
New York, New York 10025  
Mobile: 516-445-4390; Email: radin.lidya2@gmail.com

April 25, 2018

*original for Federal district judge, for scanning and filing*

William T. Walsh, Clerk of Court,  
Clarkson S. Fisher Building & U.S. Courthouse  
402 East State Street  
Trenton, New Jersey 08608

**RE:** ( 1 ) Objections to Magistrate Bongiovanni's April 11, 2018 Order for a federal district judge, ( 2 ) I move this Court to perform its ministerial duty to sign Orders granting all my pre-trial motions because they are unopposed & must be granted, by operation of law, ( 3 ) motion to unseal the return of warrant on the public docket, and ( 4 ) motion to put the Orders removing Magistrate Goodman from this case on the public docket, and the Order putting Magistrate Bongiovanni on this case on the public docket, in USA v. Radin, docket no: 17-mj-4519.

Sir:

--Because Magistrate Bongiovanni broke the law by ruling on dispositive motions, and because Magistrate Bongiovanni failed and refused to take Judicial Notice when requested, I am addressing this Motion to the Court, an institution, not to Magistrate Bongiovanni, a living woman, who broke the law, and in breaking the law disqualified herself from this case.

--**Item # 1:** Objections to Magistrate Bongiovanni's April 11, 2018 Order. I object to Magistrate Bongiovanni's April 11, 2018 Order for the reasons stated expressly in my April 16, 2018 motions, see " Motions to Disqualify Magistrate Bongiovanni for breaking the law by ruling on dispositive motions & to dismiss this case for want of jurisdiction…" attached, reiterated and fully incorporated herein. The linchpin of this case is that there is no summons compelling my appearance in this case, and that Magistrate Goodman's 10/25/2017 Order to Appear is unlawful. That Order is based on ex-parte communications between prosecutor Gribko and Magistrate Goodman as admitted and confessed. The warrant based on the unlawful 10/25/2018 Order to Appear is likewise unlawful. The remedy that should have been applied is to put those ex-parte communications on-the-record and to give Me an opportunity to respond to them, on-the-record.

**Magistrate Bongiovanni's Strawman argument, a fraud on the Court**
--Magistrate Bongiovanni's Strawman argument, her subterfuge, her deception, her fraud on the Court, her excuse that she did not participate in those ex-parte communications is irrelevant, unavailing, and unpersuasive. Magistrate Bongiovanni is enforcing orders made by Magistrate Goodman. Magistrate Goodman's orders are unlawful. Because Magistrate Bongiovanni is enforcing unlawful orders, Bongiovanni broke the law, disqualified herself from this case, lost immunity, and ousted this Court of jurisdiction.

--:Accordingly, I move this Court to disqualify Magistrate Bongiovanni and to dismiss this case for want of jurisdiction, immediately.

--Also, I move this Court to disqualify AUSA Gribko and to sanction AUSA Gribko for colluding and conspiring with Magistrates Goodman and Bongiovanni lawless conduct.

--Moreover, I move this Court to sign the attached, proposed Order Vacating all Magistrate Goodman's orders as unlawful, not only because those orders were obtained and maintained in violation of law, but also because my Motion to Vacate went unopposed and must be granted, by operation of law. My adversary agreed with Me, I won this Motion, and the only duty this Court has is a ministerial duty to sign the Order, which is attached.

**Item # 2:** I move this Court to perform its ministerial duty to sign Orders granting all my pre-trial motions as those Motions are unopposed and must be granted, by operation of law.

**Item # 3:** I move this Court to unseal the return of the warrant, immediately.

**Item # 4:** I move this Court to put the Orders removing Magistrate Goodman from this case on the public docket, and the Orders putting Magistrate Bongiovanni on this case on the public docket, immediately.

--I move this Court for any and all other relief that is right and just.

**Affidavit in Support**

1. I declare under penalty of perjury that I am appearing in this case under duress and under threats of violence and that the Government is endangering the welfare of a physically-disabled woman, Me, a felony crime.
2. This Court had no jurisdiction.
3. I committed no crime.
4. This Court is engaged in Human Trafficking against Me, in making Me perform work, namely, compelling Me to litigate under threats of violence and after violence was inflicted upon Me.
5. This Court is engaged in Human Rights violations against Me.
6. I reiterate, repeat, and incorporate herein my statements in connection with this case which I made under penalty of perjury.

Respectfully submitted,

*Lidya Radin*

Lidya Radin

APR 25 '18 PM4:55
RCVD, USDC OF NJ

**DECLARATION OF SERVICE**

I declare under penalty of perjury that a copy of this filing was mailed to:
Craig Carpenito, U.S. Attorney, U.S. Attonrey's Office, 970 Broad Street
Newark, New Jersey, 07102, Telephone: 973-645-2700; Fax: 973-645-2702.

*Lidya Radin*

2        objections.to.4.11.2018.order

Lidya Maria Radin
c/o 203 W. 107th Street, # 8A
New York, New York 10025
Mobile telephone: 516-445-4390; Email: radin.lidya2@gmail.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
-------------------------------------------------------------X       Docket: 17-mj-4519

USA,                                                                                                 **ORDER**

   v.
RADIN
-------------------------------------------------------------X


All Magistrate Goodman's orders in this case are vacated.


Dated:_____



Signed:_____


APR 25 '18 PM4:55
RCVD,USDC OF NJ

16 - April - 2018

Motions to Disqualify Magistrate Bongiovanni for breaking the law....

plus other motions, All un-opposed.

APR 25 '18 PM4:55
RCVD, USDC OF NJ

Lidya Maria Radin                                              16-April-2018
c/o Friendly
203 W. 107 Street, # 8A
New York, New York 10025
Mobile: 516-445-4390; Email: radin.lidya2@gmail.com

William T. Walsh, Clerk of Court,
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

**RE:** **( 1 ) Motion to Disqualify Magistrate Bongiovanni for breaking the law by ruling on dispositive motions, & to dismiss this case for want of jurisdiction, ( 2 ) Order to Vacate must be signed as Motion to Vacate is unopposed and Goodman's orders were obtained unlawfully, ( 3 ) Motion to Disqualify and to sanction AUSA Gribko for conspiring and colluding with Magistrates Goodman and Bongiovanni in breaking the law, and for other relief in USA v. Radin, docket no: 17-mj-4519.**

Sir:

--Because Magistrate Bongiovanni broke the law by ruling on dispositive motions, and because Magistrate Bongiovanni failed and refused to take Judicial Notice when requested, I am addressing this Motion to the Court, an institution, not to Magistrate Bongiovanni, a living woman, who broke the law, and in breaking the law disqualified herself from this case.

--I move this Court to disqualify Magistrate Bongiovanni for breaking the law. In her April 11, 2018 Order, document # 39, Magistrate Bongiovanni "declined" to take Judicial Notice of certain irrefutable facts, and hold a hearing pursuant to taking Judicial Notice, Federal Rules of Evidence, Rule 201, which is mandatory when requested by a party, Me.

--Furthermore, in my Moving papers dated April 10, 2018, document # 40, I made a **Motion to Vacate** all Magistrate Goodman's orders, see page five:

> "**Motion to Vacate: Accordingly, I move this Court to Vacate all Magistrate Goodman's Orders, because all her Orders are based on ex-parte communications, those communications were not placed on-the-record despite my requests, so that I could respond to them. Moreover, the Warrant that was used to arrest Me on December 12, 2017 has not been shown to Me, despite my demand, and has not been placed on the record, and is being deliberately concealed. Motion to place all ex-parte communications on-the-record, & for other orders. Accordingly, I move this Court for an Order directing Mr. Gribko and Magistrate Goodman to place all ex-parte communications on-the-record, and for an Order giving Me the opportunity to respond to those ex-parte communications, on-the-record, and for an**

> Order placing the Warrant that was used to arrest Me in New York on or about December 12, 2017 on-the-record, and an Order providing Me with all associated information in connection with that Warrant and the associated federal detainer used in New York, including all associated billing." Page 5, document # 40.

--Take Judicial Notice, Federal Rules of Evidence, Rule 201, of Rule 2.9, Ex-parte Communications, by the American B.A.R. Association: the remedy that should have been applied, as per my requests, is that all those ex-parte communications should have been placed on-the-record, and I should have had an opportunity to respond to them. See also, page four of my February 23, 2018 moving papers, wherein I expressly made the same requests.

### April 10, 2018, document # 40, page five, Motion to Vacate is dispositive

--In specific, Magistrate Goodman's **10/25/2017 Order to Appear** was obtained unlawfully by AUSA Gribko through ex-parte communications that AUSA Gribko had with Magistrate Goodman, as was admitted and confessed. The Warrant that was used to arrest Me in New York on 12/12/2018 is unlawful as well, because that Warrant is based on an unlawful Order to Appear. Because Magistrate Goodman and AUSA Gribko failed and refused to place the substance of their ex-parte communications on-the-record, and give Me the opportunity to respond, despite my lawful requests, Magistrates Goodman and Bongiovanni inflicted a fundamental due process violation on Me such that the unlawfully obtained Order to Appear is void by operation of law. Because the Order to Appear is void, as it was obtained unlawfully in violation of due process, and because AUSA Gribko failed and refused to obtain a summons from this Court, there is nothing that compels my appearance in this case. AUSA Gribko and this Court failed to obtain personal jurisdiction over Me. I waive none of my rights and object to this lawless conduct. This case is void, ab initio.

### Magistrate Bongiovanni's Strawman argument, a fraud on the Court

--Magistrate Bongiovanni's Strawman argument, her subterfuge, her deception, her fraud on the Court, her excuse that she did not participate in those ex-parte communications is irrelevant, unavailing, and unpersuasive. Magistrate Bongiovanni is enforcing orders made by Magistrate Goodman. Magistrate Goodman's orders are unlawful. Because Magistrate Bongiovanni is enforcing unlawful orders, Bongiovanni broke the law, disqualified herself from this case, lost immunity, and ousted this Court of jurisdiction.

My **Motion to Vacate** is dispositive. In her 4/12/2018 Order, document #42, Magistrate Bongiovanni ruled on my dispositive motion(s): *"...denying all motions submitted by Lidya M. Radin...".* Magistrate Bongiovanni has no authority ( no jurisdiction ) to rule on dispositive motions, see Federal Rules of Criminal Procedure, Rule 59, and the federal magistrates act, 28 U.S.C. section 636(b)(1)(A).

APR 25 '18 PM4:56
RCVD,USDC OF NJ

--Accordingly, I move this Court to disqualify Magistrate Bongiovanni and to dismiss this case for want of jurisdiction.

--Also, I move this Court to disqualify AUSA Gribko and to sanction AUSA Gribko for colluding and conspiring with Magistrates Goodman and Bongiovanni lawless conduct.

--Moreover, I move this Court to sign the attached, proposed Order Vacating all Magistrate Goodman's orders as unlawful, not only because those orders were obtained and maintained in violation of law, but also because my Motion to Vacate went unopposed and must be granted, by operation of law. My adversary agreed with Me, I won this Motion, and the only duty this Court has is a ministerial duty to sign the Order, which is attached.

--I move this Court for any and all other relief that is right and just.


Thank you,

*Lidya Radin*

Lidya Radin


APR 25 '18 PM4:56
RCVD,USDC OF NJ

RCVD,USDC OF NJ
APR 16 '18 AM8:36

Lidya Maria Radin
c/o 203 W. 107th Street, # 8A
New York, New York 10025
Mobile telephone: 516-445-4390; Email: radin.lidya2@gmail.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
-------------------------------------------------------------X     Docket: 17-mj-4519

USA,                                                               **ORDER**

   v.

RADIN
-------------------------------------------------------------X

All Magistrate Goodman's orders in this case are vacated.

Dated:_____

Signed:_____

APR 25 '18 PM4:56
RCVD,USDC OF NJ

CVD,USDC OF NJ
PR 16 '18 AM8:37