# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LIDYA M. RADIN,<br><br>               Defendant | Hon. Tonianne J. Bongiovanni<br><br>Mag. No. 17-mj-4519 (TJB)<br><br>**ORDER** |

WHEREAS, on July 19, 2018, a Judgment was entered committing Defendant Lidya M. Radin to the custody of the United States Bureau of Prisons to be imprisoned for a term of twenty (20) days, to be served consecutive to any other sentence including the Southern District of New York;

WHEREAS, the Court Ordered a stay of execution of Defendant's sentence until her appeal was decided;

WHEREAS, the Third Circuit dismissed Defendant's appeal based on defendant's failure to timely prosecute that appeal on March 10, 2020; and

WHEREAS, on December 11, 2020, the Southern District of New York Ordered Defendant to surrender to the United States Marshals on January 18, 2021 to begin serving the 10-day sentence imposed upon her by that Court, and recommended to the Bureau of Prisons that Defendant serve her sentence at M.D.C. Brooklyn and that she be housed in quarantine;

**IT IS** on this ___th day of December 2020,

**ORDERED** that the stay of Defendant's sentence is hereby lifted; and

**IT IS FURTHER ORDERED** that Defendant shall begin serving the 20-day sentence imposed in the District of New Jersey immediately following the 10-day sentence imposed by the Southern District of New York; and

**IT IS RECOMMENDED** to the Bureau of Prisons that Defendant serve her sentence at M.D.C. Brooklyn and that she be housed in quarantine.

_____
HON. TONIANNE J. BONGIOVANNI,
UNITED STATES MAGISTRATE JUDGE